PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

07 CRIM. 794

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | P-04-CR-224 (02) RAJ |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| VICTOR BARROW<br><br>NEW YORK, NEW YORK | Western District of Texas | Pecos Division |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Robert Junenell |

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | July 6, 2006 | July 5, 2009 |

OFFENSE

Count One:  21 U.S.C. § 952, 960 &: Aiding & Abetting Possession Importation Of Marijuana
18 U.S.C. §

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ TEXAS _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  **SOUTHERN DISTRICT OF NEW YORK**  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7-17-07_
Date

_____
United States District Judge

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 3 2007

_____
Effective Date

_James C. Francis IV_
United States District Judge

JAMES C. FRANCIS IV