| | | |
|---|---|---|
| TO: | Jim Molinelli, Criminal Part I Clerk | OFFENSE: <u>Aiding & Abetting Importation of Marijuana, 21 USC 952, 960 & 18 USC 2, Class D Felony</u> |
| | | ORIGINAL SENTENCE: <u>Twenty-seven (27) months imprisonment, three (3) years supervised release</u> |
| FROM: | Katherine M. Samler<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: <u>Drug/Alcohol/Mental Health Treatment; Not to Travel to El Peco, Texas, or El Paso; Provide Financial Information; Special Assessment of $100.00.</u> |
| | | AUSA: <u>To be assigned</u> |
| RE: | Victor Barrow<br>Docket # <u>4:04 CR 224 (02)</u> | |

**07 CRIM 794**

DATE OF SENTENCE:  <u>December 16, 2004</u>

DATE:  August 14, 2007

---

### TRANSFER OF JURISDICTION

On December 16, 2004, Victor Barrow was sentenced in the Western District of Texas to twenty-seven (27) months and three (3) years supervised release, having been convicted of Aiding and Abetting Importation of Marijuana. The special conditions include drug/mental health treatment, travel restrictions and financial disclosure. A $100.00 assessment fee was imposed.

The Western District of Texas has requested that our office accept transfer of jurisdiction so that violation of supervised release action may be initiated.



Attached are two signed copies of Probation Form 22, ordering the transfer of jurisdiction of the above-named offender to the Southern District of New York. We are requesting that the Probation Form 22(s) be endorsed and returned to our office.

                                                            Very truly yours,

                                                            Chris J. Stanton
                                                            Chief U.S. Probation Officer

                                                            Katherine M. Samler
                                                            Sr. U.S. Probation Officer

Jennifer D. Washington          Date: 8/14/07
Supervising U.S. Probation Officer